# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: DEHAAN, LYNN R | § Case No. 10-74644 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/04/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 03/11/2011       By: /s/JOSEPH D. OLSEN_____
                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: DEHAAN, LYNN R | § | Case No. 10-74644 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,149.17 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 8,149.17 |
| **Balance on hand:** | $ 8,149.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,149.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,564.92 | 0.00 | 1,564.92 |
| Trustee, Expenses - JOSEPH D. OLSEN | 22.50 | 0.00 | 22.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,587.42 |
| Remaining balance: | $ 6,561.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,561.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,561.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,169.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Wfnnb | 342.86 | 0.00 | 97.10 |
| 2 | American Infosource Lp As Agent for | 4,573.35 | 0.00 | 1,295.23 |
| 3 | OPHRYS, LLC | 7,504.69 | 0.00 | 2,125.42 |
| 4 | Terry Hoss | 160.00 | 0.00 | 45.31 |
| 5 | Chase Bank USA, N.A. | 522.41 | 0.00 | 147.95 |
| 6 | Chase Bank USA, N.A. | 480.94 | 0.00 | 136.21 |
| 7 | Capital One Bank (USA), N.A. | 2,758.65 | 0.00 | 781.28 |
| 8 | Chase Bank USA,N.A | 1,403.47 | 0.00 | 397.48 |
| 9 | Rockford Mercantile | 1,605.65 | 0.00 | 454.74 |
| 10 | Swedish American Hospital | 3,817.02 | 0.00 | 1,081.03 |

**UST Form 101-7-NFR (10/1/2010)**

|                | Total to be paid for timely general unsecured claims: | $ | 6,561.75 |
|---|---|---|---|
|                | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|                | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|                | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|                | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|                | Remaining balance: | $ | 0.00 |

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Lynn R DeHaan  
    Debtor

Case No. 10-74644-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: cbachman     Page 1 of 2     Date Rcvd: Mar 22, 2011  
                Form ID: pdf006     Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2011.

```
db         +Lynn R DeHaan,    109 Valhalla Dr.,    Poplar Grove, IL 61065-9286
aty        +Laura L. McGarragan,    McGarragan Law Offices,    1004 N Main Street,    Rockford, IL 61103-9630
tr         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
16148657    Aspire,    PO Box 105555,    Atlanta GA 30348-5555
16148658    Bergner's,    PO Box 15521,    Wilmington DE  19850-5521
16148659    Blatt, Hasenmiller, Leibsker & Moore,    PO Box 5463,    Chicago IL  60680-5463
16148660    Capital One,    PO Box 6492,    Carol Stream IL  60197-6492
16557924    Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
             Oklahoma City, OK  73124-8839
16148661    Chase,    PO Box 15298,    Wilmington DE  19850-5298
16535167    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16608703   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16148663    Customer Care Center,    PO Box 105238,    Atlanta GA  30348-5238
16148664   +Debt Settlement USA,    16430 N Scottsdale Rd. STE 400,    Scottsdale AZ 85254-1501
16513670   +Dennis Brebner,    860 Northpoint Blvd,    Waukegan, IL 60085-8211
16148665    Gordman's/WFNNB,    Attn: Bankruptcy Dept.,    PO Box 182125,    Columbus OH  43218-2125
16148667    HSBC,    PO Box 60118,    City of Industry CA  91716-0118
16148666   +HSBC,    PO Box 80026,    Salinas CA 93912
16148668    Juniper/ Barclay Bank,    PO Box 13337,    Philadelphia PA  19101-3337
16148670   +Lawrence Drexler,    100 South West St.,    Wilmington DE 19801-5015
16148671    Macy's,    PO Box 689195,    Des Moines IA  50368-9195
16148672   +NCB Management Services,    PO Box 1099,    Langhorne PA 19047-6099
16502671   +OPHRYS, LLC,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
16513665   +OSF Lifeline,    318 Roxbury,    Rockford, IL 61107-5090
16148673   +OSF St. Anthony Health Care,    PO Box 5065,    Rockford IL 61125-0065
16148674    OSF St. Anthony Med Ctr.,    5510 East State St.,    Rockford IL  61108-2381
16148676   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates,    PO Box 12903,    Norfolk VA  23541)
16148675   +Perryville Surgical Associates,    535 Roxbury Rd.,    Rockford IL 61107-5076
16148677   +Rockford Anesthesiologists Assoc.,    PO Box 4569,    Rockford IL  61110-4569
16513667   +Rockford Associated Clinical Path,    POB 8768,    Rockford, IL 61126-8768
16148678   +Rockford Health System/RMH,    2400 North Rockton Ave.,    Rockford IL 61103-3655
16148679   +Rockford Mercantile,    2502 S Alpine Rd.,    Rockford IL 61108-7813
16513668   +Rockford Orthopedic Assoc,    324 Roxbury Rd,    Rockford, IL 61107-5090
16148680    Rockford Radiology,    PO Box 5368,    Rockford IL  61125-0368
16513666   +Rockford Radiology Consultants of Rockford,    POB 4542,    Rockford, IL 61110-4542
16855102   +Swedish American Hospital,    c/o Dennis A. Brebner & Associates,    860 S. Northpoint Blvd.,
             Waukegan, IL 60085-8211
16513669   +Swedish American Hospital,    POB 4448,    Rockford, IL 61110-0948
16513671   +Swedish American Medical Group,    POB 1567,    Rockford, IL 61110-0067
16148681    Target,    PO Box 59317,    Minneapolis MN  55459-0317
16148682   +Terry Hoss,    PO Box 449,    Cherry Valley IL 61016-0449
16148683    The Home Depot,    PO Box 653000,    Dallas TX  75265-3000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16494668    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2011 00:39:29
             American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
16494667    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2011 00:39:29
             American Infosource Lp As Agent for Wfnnb,    As Assignee of,    Gordmans,    PO Box 248872,
             Oklahoma City, OK  73124-8872
16148662    E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Mar 23 2011 00:03:33
             Creditors Protection Service,    PO Box 4115,    Rockford IL  61110-0615
16148669    E-mail/PDF: cr-bankruptcy@kohls.com Mar 23 2011 00:20:39      Kohl's,    PO Box 3043,
             Milwaukee WI  53201-3043
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: cbachman              Page 2 of 2              Date Rcvd: Mar 22, 2011
                              Form ID: pdf006             Total Noticed: 44

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2011**           **Signature:**       *Joseph Speetjens*